UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

BOYER COFFY, LLC.
970 Clifton Ave, Suite 201
Clifton, New Jersey 07013
Tel No: 973-798-6131
Fax No: 201-503-8150

Order Filed on November 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Judith Linton,

    Debtor,

| | |
|---|---|
| Case Number: | 17-28108 |
| Hearing Date: | 11/1/17 @9am |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

Recommended Local Form:  [X] Followed   [ ] Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by ____Leonard R. Boyer, Esq.____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to ____secured creditor____ is reinstated effective the date of this order.

rev. 7/12/16

2