| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Chandra M. Arkema - 029552006<br>SHAPIRO & DENARDO, LLC<br>14000 Commerce Pkwy., Ste. B<br>Mt. Laurel, NJ 08054<br>(856) 793-3080<br>Attorneys for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF2 | |
| In Re:<br>JUDITH LINTON, DEBTOR | Case No.: 17-28108<br>Adv. Pro. No.: _____<br>Chapter: 13<br>Hearing Date: 12/6/17<br>Judge: CMG |

## ADJOURNMENT REQUEST

1. I, __Chandra M. Arkema__,

   ☒ am the attorney for: U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF2,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: __Motion for Relief from Stay; ECF Doc.: 77__

   Current hearing date and time: __12/6/17 at 9:00am__

   New date requested: __12/20/17__

   Reason for adjournment request: __To allow additional time to come to a consent agreement__

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 12/5/17

*Chandra Arkema*
Signature
**Chandra M. Arkema**

## COURT USE ONLY:

The request for adjournment is:

[X] Granted            New hearing date: 12/20/17 at 9:00 a.m.            [X] Peremptory

[ ] Granted over objection(s)   New hearing date: _____        [ ] Peremptory

[ ] Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*