UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 15-006994
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Alex - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Rebecca Cirrinicione 031212012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR CITIGROUP
MORTGAGE LOAN TRUST INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2005-WF2

IN RE:

JUDITH LINTON, DEBTOR

Order Filed on December 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 17-28108-CMG

JUDGE: Honorable Christine M Gravelle

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: December 27, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF2 upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make payments on his mortgage and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor will apply through Creditor's servicing agent for a loan modification to cure pre and post-petition arears on the mortgage loan secured by 101 Selfridge Avenue, Long Beach, New Jersey 08008.

2. This loan modification review shall be completed by January 17, 2018: or as extended by the courts

3. If a loan modification is not offered, debtor(s) must 1) Modify the Chapter 13 Plan to fully cure Creditor's pre and post-petition arrears claim as defined by Proof of Claim 4-1, filed October 12, 2017 2) Surrender the subject property in a Modified Chapter 13 plan, or 3) Convert to a Chapter 7 Case.

4. Debtor(s) will make monthly Adequate Assurance Payments of $2,343.19 starting December 1, 2017, which comply with this Courts Loss Mitigation Program.

5. Shall the Current Case (17-28108-CMG) hereinafter dismiss, or otherwise fail to result in a discharge pursuant to 11 U.S.C. §1328, Secured Creditor will be granted prospective In Rem relief as to the real Property located at 101 Selfridge Avenue, Long Beach, New Jersey 08008. Any future bankruptcy filings with in the next 2 years, by the Debtor(s), Judith Linton, individually or jointly, shall not invoke the Automatic Stay against the secured Creditor and/or its Assignees with regard to the aforementioned real property.

6. If the Debtor(s) defaults on any further post-petition payments or fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_/s/ C. Wohlrab_
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_/s/ Leonard R. Boyer, Esq._
Leonard R Boyer, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Judith Linton  
      Debtor

Case No. 17-28108-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 27, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.  
db          +Judith Linton,   19 Haas Road,   Basking Ridge, NJ 07920-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
           Albert   Russo    docs@russotrustee.com
           Charles G. Wohlrab    on behalf of Creditor   U.S. Bank National Association, as Trustee for
            Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF2
            cwohlrab@logs.com,   njbankruptcynotifications@logs.com
           Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, as indenture trustee,
            for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Leonard R Boyer    on behalf of Debtor Judith   Linton lrbnjesq@gmail.com,
            lrbnjlaw@gmail.com;mcordova48890@aol.com
           Miriam  Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
            bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                             TOTAL: 6