Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28108−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith Linton
   19 Haas Road
   Basking Ridge, NJ 07920

Social Security No.:
   xxx−xx−9114

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/5/2017 and a confirmation hearing on such Plan has been scheduled for 1/17/2018 at 10:00 am.

The debtor filed a Modified Plan on 1/3/2018 and a confirmation hearing on the Modified Plan is scheduled for 2/21/2018 at 10:00 am. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 5, 2018
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-28108-CMG
Judith Linton                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Jan 05, 2018
                              Form ID: 186             Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db             +Judith Linton,    19 Haas Road,    Basking Ridge, NJ 07920-2601
aty            +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Ste. B.,    Mt. Laurel, NJ 08054-2242
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517052674      +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
517052677      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517252738      +DEUTSCHE BANK NATIONAL TRUST COMPANY,    1661 Worthington Road,,    Suite 100,,
                 West Palm Beach,,    FL 33409-6493
517067953      +Deutsche Bank National Trust Company,    C/O Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave,    Suite 100,    Boca Raton FL 33487-2853
517052678      +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
517052679     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court:   Nissan-infiniti Lt,    2901 Kinwest Pkwy,    Irving, TX 75063)
517065349       Nissan,    POB 660366,    Dallas, TX  75266-0366
517052681      +Park Tree Investment 11, LLC.,    P.O. Box 27370,    Anaheim, CA 92809-0112
517052683      +Select Portfolio Svcin,    10401 Deerwood Park Blvd,    Jacksonville, FL 32256-5007
517117456      +U.S. Bank National Association,    C/O Wells Fargo Bank, N.A.,    Attention Payment Processing,
                 MAC# X2302-04C,    1 Home Campus,    Des Moines, Iowa 50328-0001
517142714       U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
517126790       US Bank,    1000 Blue Gentian Rd,    Eagan, MN  55121-7700
517052684      +US Bank National,    c/o Shapiro & DeNardo, LLC.,    14000 Commerce Parkway, Suite B,
                 Mount Laurel, NJ 08054-2242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:03:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517067782      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 05 2018 23:06:05     First Data Global Leasing,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517052680      +Fax: 407-737-5634 Jan 06 2018 00:02:02     Ocwen Loan Servicing L,    1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
517052682      +E-mail/Text: bkrpt@retrievalmasters.com Jan 05 2018 23:02:58     Quest Diagnostic,    c/o Amca,
                 4 Westchester Plac, Bldg 4,    Elmsford, NY 10523-1612
517258246       E-mail/Text: jennifer.chacon@spservicing.com Jan 05 2018 23:03:56
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517052675*     +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
517052676*     +Aes/pheaafrn,    Pob 61047,    Harrisburg, PA 17106-1047
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jan 05, 2018
                              Form ID: 186             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2018 at the address(es) listed below:

        Albert   Russo    docs@russotrustee.com
        Charles G. Wohlrab     on behalf of Creditor    U.S. Bank National Association, as Trustee for
         Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF2
         cwohlrab@logs.com, njbankruptcynotifications@logs.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
         for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Leonard R Boyer     on behalf of Debtor Judith   Linton lrbnjesq@gmail.com,
         lrbnjlaw@gmail.com;mcordova48890@aol.com
        Miriam   Rosenblatt     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
         bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                               TOTAL: 6