Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.: 17−28108−CMG
                  Chapter: 13
                  Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Judith Linton
    19 Haas Road
    Basking Ridge, NJ 07920

Social Security No.:
    xxx−xx−9114

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/2/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 2, 2018
JAN: bwj

                                            Jeanne Naughton
                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 17-28108-CMG
Judith Linton                                                 Chapter 13
         Debtor                       CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 02, 2018
                              Form ID: 148             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2018.
db             +Judith Linton,   19 Haas Road,   Basking Ridge, NJ 07920-2601
aty            +Shapiro & DeNardo, LLC,   14000 Commerce Parkway, Ste. B.,   Mt. Laurel, NJ 08054-2242
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517052674      +Aes/pheaafrn,   Pob 61047,   Harrisburg, PA 17106-1047
517252738      +DEUTSCHE BANK NATIONAL TRUST COMPANY,   1661 Worthington Road,,   Suite 100,,
                 West Palm Beach,,   FL 33409-6493
517263550       DEUTSCHE BANK NATIONAL TRUST COMPANY,   Ocwen Loan Servicing, LLC,   PO Box 24605,
                 West Palm Beach, FL  33416-4605
517067953      +Deutsche Bank National Trust Company,   C/O Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Ave,   Suite 100,   Boca Raton FL 33487-2853
517052679     ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court: Nissan-infiniti Lt,    2901 Kinwest Pkwy,   Irving, TX 75063)
517065349       Nissan,   POB 660366,   Dallas, TX  75266-0366
517052681      +Park Tree Investment 11, LLC.,   P.O. Box 27370,   Anaheim, CA 92809-0112
517052683      +Select Portfolio Svcin,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
517142714       U.S. Department of Education,   c/o FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg, PA 17106-9184
517126790       US Bank,   1000 Blue Gentian Rd,   Eagan, MN  55121-7700
517052684      +US Bank National,   c/o Shapiro & DeNardo, LLC.,   14000 Commerce Parkway, Suite B,
                 Mount Laurel, NJ 08054-2242
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 03 2018 00:04:41      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 03 2018 00:04:38      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517052677      +EDI: CHASE.COM Aug 03 2018 03:33:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517052678      +EDI: TSYS2.COM Aug 03 2018 03:33:00      Dsnb Bloom,   9111 Duke Blvd,   Mason, OH 45040-8999
517067782      +EDI: AIS.COM Aug 03 2018 03:33:00      First Data Global Leasing,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517052680      +Fax: 407-737-5634 Aug 03 2018 00:39:33      Ocwen Loan Servicing L,   1661 Worthington Rd,
                 West Palm Beach, FL 33409-6493
517052682      +EDI: RMCB.COM Aug 03 2018 03:33:00      Quest Diagnostic,   c/o Amca,
                 4 Westchester Plac, Bldg 4,   Elmsford, NY 10523-1612
517258246       E-mail/Text: jennifer.chacon@spservicing.com Aug 03 2018 00:05:42
                 Select Portfolio Servicing, Inc.,   P.O. Box 65250,   Salt Lake City, UT 84165-0250
517117456      +EDI: WFFC.COM Aug 03 2018 03:33:00      U.S. Bank National Association,
                 C/O Wells Fargo Bank, N.A.,   Attention Payment Processing,   MAC# X2302-04C,   1 Home Campus,
                 Des Moines, Iowa 50328-0001
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517052675*     +Aes/pheaafrn,   Pob 61047,   Harrisburg, PA 17106-1047
517052676*     +Aes/pheaafrn,   Pob 61047,   Harrisburg, PA 17106-1047
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                              Signature: /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Aug 02, 2018
                              Form ID: 148             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF2
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association, as indenture
               trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Leonard R Boyer    on behalf of Debtor Judith  Linton lrbnjesq@gmail.com,
               lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com
              Miriam  Rosenblatt    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
               for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```