| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>JUDITH Linton<br><br><br><br>Debtor(s) |

Order Filed on August 2, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-28108 / CMG

Chapter: 13

Hearing Date: August 1, 2018

Judge:  Christine M. Gravelle

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: August 2, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Judith Linton  
       Debtor

Case No. 17-28108-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Aug 02, 2018  
                     Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2018.  
db         +Judith Linton,   19 Haas Road,   Basking Ridge, NJ 07920-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2018 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Charles G. Wohlrab   on behalf of Creditor   U.S. Bank National Association, as Trustee for  
           Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2005-WF2  
           cwohlrab@logs.com,   njbankruptcynotifications@logs.com  
          Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,  
           for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald   on behalf of Creditor   U.S. Bank National Association, as indenture  
           trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2  
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Leonard R Boyer   on behalf of Debtor Judith  Linton lrbnjesq@gmail.com,  
           lrbnjlaw@gmail.com;mcordova48890@aol.com;r.lr73573@notify.bestcase.com  
          Miriam Rosenblatt   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY  
           bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com  
          Rebecca Ann Solarz   on behalf of Creditor   U.S. Bank National Association, as indenture trustee,  
           for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 rsolarz@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 8